IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| The City of Clairton, PA | : | |
| | : | |
| v. | : | No. 1757 C.D. 2019 |
| | : | |
| Zoning Hearing Board of the City of Clairton, PA, and Cornerstone Residence, Inc. | : | |
| | : | |
| Cornerstone Residence, Inc. | : | |
| | : | |
| v. | : | |
| | : | |
| Zoning Hearing Board of the City of Clairton, PA and George Glagola, City of Clairton Zoning Officer | : | |
| | : | |
| Appeal of: City of Clairton, PA and George Glagola | : | |

**PER CURIAM**                    **O R D E R**


NOW, March 25, 2021, having considered Appellants' application for reargument and Appellee Cornerstone Residence, Inc.'s answer in response thereto, the application is denied.